UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SNOWFLAKE, INC. DBA SNOWFLAKE COMPUTING, INC, a foreign profit corporation doing business as SNOWFLAKE; and DOES 1-20, as yet unknown Washington entities,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-00453-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEFENDANTS' INITIAL RESPONSE DEADLINE** |

　　　THIS MATTER, having come before the Court upon the Parties' Stipulated Motion to Continue Defendant's Initial Response Deadline, and the Court having reviewed the stipulated motion.

　　　It is HEREBY ORDERED, ADJUDGED, and DECREED that the Parties' Stipulated Motion to Continue Defendant's Initial Response Deadline is GRANTED. Defendant's response to Plaintiff's initial Complaint shall be extended by fourteen (14) days to April 2, 2025.

Dated this 20th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_Barbara J. Rothstein_
　　　　　　　　　　　　　　　　　　　　　　　Barbara Jacobs Rothstein
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge