UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE, INC. DBA SNOWFLAKE COMPUTING, INC, a foreign profit corporation doing business as SNOWFLAKE; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:25-cv-00453-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEFENDANT'S INITIAL RESPONSE DEADLINE** |

THIS MATTER, having come before the Court upon the Parties' Stipulated Motion to Continue Defendant's Initial Response Deadline, and the Court having reviewed the stipulated motion.

It is HEREBY ORDERED, ADJUDGED, and DECREED that the parties' Stipulated Motion to Continue Defendants' Initial Response Deadline is GRANTED. Defendants' response to Plaintiff's initial Complaint shall be due fourteen (14) days following the earlier of the two dates: (1) the Parties' mediation, or (2) the Washington Supreme Court's decision regarding the definition of "applicant" within RCW 49.58.110 in *Branson v. Washington Fine Wines & Spirits*, Case No. 103394-0. The parties' mediation shall occur sometime within the next one hundred and

ORDER GRANTING STIPULATED MOTION TO
CONTINUE DEFENDANT'S INITIAL RESPONSE
DEADLINE - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 | Tel: 206.839.4800

twenty (120) days. The Parties preserve all rights and remedies with respect to arguments and objections.

Dated this 3rd day of April, 2025.

_Barbara J. Rothstein_
Honorable Barbara J. Rothstein
United States District Court

Respectfully submitted,

Dated: April 2, 2025.

| DLA PIPER LLP (US) | EMERY REDDY PLLC |
|---|---|
| *By*: *s/ Anthony Todaro* <br> Anthony Todaro, Bar No. WA-30391 <br> *By: s/ Alexandria Cates* <br> Alexandria Cates, Bar No. WA-53786 <br> 701 Fifth Avenue, Suite 6900 <br> Seattle, WA  98104-7029 <br> Telephone:    206.839.4800 <br> Facsimile:     206.839.4801 <br> E-mail: anthony.todaro@us.dlapiper.com <br> alexandria.cates@us.dlapiper.com <br><br> *Attorneys for Defendant Snowflake Inc. DBA Snowflake Computing, Inc.* | *By*: *s/ Timothy Emery* <br> Timothy Emery, WSBA No. 34078 <br> Patrick Reddy, WSBA No. 34092 <br> Paul Cipriani, WSBA No. 59991 <br> Hannah Haley, WSBA No. 59020 <br> 600 Stewart Street, Suite 1100 <br> Seattle, WA 98101 <br> Email: emeryt@emeryreddy.com <br> reddyp@emeryreddy.com <br> paul@emeryreddy.com <br> hannah@emeryreddy.com <br><br>  *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties or their counsel of record.

Dated this 3rd day of April, 2025.

*s/ Jacey Bittle*
Jacey Bittle, Legal Executive Assistant

ORDER GRANTING STIPULATED MOTION TO
CONTINUE DEFENDANT'S INITIAL RESPONSE
DEADLINE - 3

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800