The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE, INC. DBA SNOWFLAKE COMPUTING, INC, a foreign profit corporation doing business as SNOWFLAKE; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendant. | No. 2:25-cv-00453-BJR<br><br>**STIPULATED MOTION TO CONTINUE ALL DEADLINES FOLLOWING COURT ORDER CONTINUING DEFENDANT'S INITIAL RESPONSE DEADLINE; ORDER** |

Plaintiff John Milito ("Plaintiff") and Defendant Snowflake Inc. ("Defendant") (collectively, "Parties") submit this Stipulated Motion to Continue All Deadlines Following this Court's Order Continuing Defendant's Initial Response Deadline.

On or about April 3, 2025, this Court Ordered that Defendant's response to Plaintiff's Initial Complaint shall be due fourteen (14) days following the earlier of the two dates: (1) the Parties' mediation, or (2) the Washington Supreme Court's decision in *Branson v. Washington Fine Wines & Spirits*, Case No. 103394-0. (Dkt. No. 15.)

The Parties are scheduled to attend mediation on June 26, 2025, with Carl Forsberg of Practical Dispute Resolution. The Parties respectfully request the Court continue all related deadlines to allow the parties to engage in settlement negotiations. The Parties agree to submit a

STIPULATED MOTION TO CONTINUE ALL DEADLINES; ORDER - 1

No. 2:25-cv-00453-BJR

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1  Joint Status Report by July 11, 2025, apprising the Court of the outcome of mediation and any
2  resolution.
3        Respectfully submitted this 29th day of April 2025.

| EMERY | REDDY, PLLC | DLA PIPER LLP (US) |
|---|---|
| By: */s/ Timothy W. Emery* <br> Timothy W. Emery, WSBA No. 34078 <br> Patrick B. Reddy, WSBA No. 34092 <br> Paul Cipriani, WSBA No. 59991 <br> Hannah M. Hamley, WSBA No. 59020 <br> 600 Stewart Street, Suite 1100 <br> Seattle, WA 98101 <br> Phone: (206) 442-9106 <br> Fax: (206) 441-9711 <br> Email: emeryt@emeryreddy.com <br> Email: reddyp@emeryreddy.com <br> Email: paul@emeryreddy.com <br> Email: hannah@emeryreddy.com <br> *Attorneys for Plaintiff* | By: *s/Alexandria Cates* <br> Anthony Todaro, Bar No. WA-30391 <br> Alexandria Cates, Bar No. WA-53786 <br> 701 Fifth Avenue, Suite 6900 <br> Seattle, WA 98104-7029 <br> Telephone: 206.839.4800 <br> Facsimile: 206.839.4801 <br> E-mail: anthony.todaro@us.dlapiper.com <br> alexandria.cates@us.dlapiper.com <br> *Attorneys for Defendant Snowflake Inc. DBA Snowflake Computing, Inc.* |

I certify that this memorandum contains less than 15 pages in compliance with the Court's standing order.

STIPULATED MOTION TO CONTINUE ALL DEADLINES; ORDER - 2

No. 2:25-cv-00453-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

**ORDER**

Upon consideration of the Parties' Stipulated Motion to Continue All Deadlines, the Court finds that good cause exists to continue all related deadlines. All case deadlines shall be calculated based off Defendant's Initial Response Deadline, and it is hereby **ORDERED** that this Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Parties shall file a Joint Status Report by July 11, 2025, apprising the Court of any resolution.

DATED this 30th day of April 2025

_Barbara J. Rothstein_
Honorable Barbara J. Rothstein
United States District Judge

STIPULATED MOTION TO CONTINUE ALL DEADLINES; ORDER - 3

No. 2:25-cv-00453-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711